MICHAEL BAILEY
United States Attorney
District of Arizona
THOMAS SIMON
Assistant United States Attorney
Arizona State Bar No. 03857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY
OCT 1 4 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Jeffrey Lynn Butler,<br><br>Defendant. | No. CR-20-0640-PHX-DJH (DMF)<br><br>**REDACTED INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153, 2241(c) and 2246<br>(CIR-Aggravated Sexual Abuse)<br>Counts 1 and 2<br><br>18 U.S.C. §§ 1153, 2242(2)(B), and 2246<br>(CIR-Sexual Abuse)<br>Count 3<br><br>18 U.S.C. §§ 1153, 2243(a) and 2246<br>(CIR-Sexual Abuse of a Minor)<br>Count 4<br><br>18 U.S.C. §§ 1153, 2241(c) and 2245<br>(CIR-Aggravated Sexual Abuse)<br>Count 5 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or between October 7, 2010 and October 7, 2011, in the District of Arizona, within the confines of the Salt River Pima-Maricopa Indian Reservation, Indian Country, defendant, JEFFREY LYNN BUTLER, an Indian, did knowingly engage in and attempt to

engage in a sexual act with the victim, Jane Doe 1, a child under the age of 12, the first time. The sexual act involved the intentional touching, not through the clothing, of the genitalia of the victim, with the intent to abuse, humiliate, harass, degrade the victim and arouse and gratify the sexual desires of any person.

In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246.

## COUNT 2

On or between October 7, 2010 and October 7, 2011, in the District of Arizona, within the confines of the Salt River Pima-Maricopa Indian Reservation, Indian Country, defendant, JEFFREY LYNN BUTLER, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe 1, a child under the age of 12, the second time. The sexual act involved the intentional touching, not through the clothing, of the genitalia of the victim, with the intent to abuse, humiliate, harass, degrade the victim and arouse and gratify the sexual desires of any person.

In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246.

## COUNT 3

On or between September 24, 1996 and September 24, 1998, in the District of Arizona, within the confines of the Salt River Pima-Maricopa Indian Reservation, Indian Country, defendant, JEFFREY LYNN BUTLER, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe 2, a person who was physically incapable of declining participation in and communicating unwillingness to engage in that sexual act. The sexual act involved the penetration, however slight, of the victim's genital opening by defendant's finger(s) with the intent to abuse, humiliate, harass, degrade the victim and arouse and gratify the sexual desires of any person.

In violation of Title 18, United States Code, Sections 1153, 2242(2)(B), and 2246.

## COUNT 4

On or between September 24, 1996 and September 24, 1998, in the District of Arizona, within the confines of the Salt River Pima-Maricopa Indian Reservation, Indian

Country, defendant, JEFFREY LYNN BUTLER, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe 2, a child who had attained the age of 12, but had not attained the age of 16 and was at least 4 years younger than defendant. The sexual act involved contact between the defendant's penis and the victim's vulva, upon penetration, however slight.

In violation of Title 18, United States Code, Sections 1153, 2243(a) and 2246.

## COUNT 5

On or between March 9, 1990 and March 9, 1993, in the District of Arizona, within the confines of the Salt River Pima-Maricopa Indian Reservation, Indian Country, defendant, JEFFREY LYNN BUTLER, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe 3, a child under the age of 12. The sexual act involved the penetration, however slight, of Jane Doe 3's genital opening by an object, that is, a cookie, with the intent to abuse, humiliate, harass, degrade the victim and arouse and gratify the sexual desires of any person.

In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2245.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: October 14, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona


s/
THOMAS SIMON
Assistant U.S. Attorney